UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:25-cv-25268 Ruiz

ARACHELY BADA PANDO, et al.,
individually and on behalf of all
others similarly situated

    Plaintiffs,

vs.

KRISTI NOEM, in her official
capacity as Secretary of Homeland
Security, et al.,

    Defendants.
_____/

## JOINT STATUS REPORT

On November 11, 2025, the Court entered an order staying this action "pending resolution of a class certification motion in *Echazabal-Verdecia v. Noem*, No. 25-cv-22335 (S.D. Fla. 2025), or until the record reflects that *Echazabal-Verdecia* is no longer proceeding as a class action. ECF 8, pg. 3. The Court further directed the Parties to file a joint status pending resolution of a class certification motion in *Echazabal-Verdecia*, or until the record reflects that *Echazabal-Verdecia* is no longer proceeding as a class action. *Id.*

Consistent with the Court's order, the Parties now file the instant report, and state that no action has occurred in the *Echazabal-Verdecia* action since October 24, 2025, when Judge Becerra denied the government's motion to stay the action pending the Eleventh Circuit's ruling in *Labrada-Hechavarria v. U.S. Att'y Gen.*, No. 23-

13664 (11th Cir. filed Nov. 3, 2023) and *Castillo-Casanova v. U.S. Att'y Gen.*, No. 24-10645 (11th Cir. filed Mar. 1, 2024).

The Parties will file their next joint status report on or before March 16, 2026.

Respectfully submitted,

| | |
|---|---|
| By: <u>*Arno J. Lemus*</u><br>ARNO J. LEMUS<br>Fla. Bar. No. 0103075<br>Lemus Law Group, LLC<br>1024 NW 102 Place<br>Miami, FL 33172<br>Tel: (786) 583-3311<br>E-mail: arno@lemus.org<br><br>*Counsel for Petitioners* | **JASON A. REDING QUIÑONES**<br>**UNITED STATES ATTORNEY**<br><br>By: <u>*John S. Leinicke*</u><br>JOHN S. LEINICKE<br>ASSISTANT UNITED STATES ATTORNEY<br>Fla. Bar No. 64927<br>United States Attorney's Office<br>Southern District of Florida<br>99 N.E. 4th Street, 3rd Floor<br>Miami, Florida 33132<br>Tel: (305) 961-9212<br>E-mail: john.leinicke@usdoj.gov<br><br>*Counsel for Respondents* |