UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:25-cv-25268 Ruiz

ARACHELY BADA PANDO, et al.,
individually and on behalf of all
others similarly situated

     Plaintiffs,

vs.

KRISTI NOEM, in her official
capacity as Secretary of Homeland
Security, et al.,

     Defendants.

_____/

## JOINT STATUS REPORT AND RESPONSE TO SHOW CAUSE ORDER

On November 11, 2025, the Court entered an order staying this action "pending resolution of a class certification motion in *Echazabal-Verdecia v. Noem*, No. 25-cv-22335 (S.D. Fla. 2025), or until the record reflects that *Echazabal-Verdecia* is no longer proceeding as a class action. *See* ECF 8, pg. 3. The Court further directed the Parties to file a joint status pending resolution of a class certification motion in *Echazabal-Verdecia*, or until the record reflects that *Echazabal-Verdecia* is no longer proceeding as a class action. *Id.*

The Parties filed their first status report on January 9, 2026. *See* ECF 14. On March 24, 2026, the Court directed the Parties to file a status report by March 27, 2026, and to show good cause for their failure to timely comply with the Court's prior order. *See* ECF 15.

1

Consistent with the Court's order, the Parties now file the instant report. In *Echazabal-Verdecia*, the Petitioners' motion to certify class is now fully briefed. *See Echazabal-Verdecia* docket at ECF 19, 20, and 23. On March 13, 2026, Judge Becerra *sua sponte* entered an order staying all proceedings pending the issuance of the Eleventh Circuit's opinion in the consolidated appeals of *Labrada-Hechavarria v. U.S. Att'y Gen.*, No. 23-13664 and *Castillo-Casanova v. U.S. Att'y Gen.*, No. 24-10645. *Id.* at ECF 24. The Eleventh Circuit held oral argument on the consolidated appeals on December 12, 2025. *Id.*

The Parties respectfully advise the Court that undersigned counsel had exchanged e-mails on March 11, 2026 regarding coordinating on the required status report. However, counsel inadvertently scheduled their discussion for the week after the instant report was due. Counsel apologizes for their error.

The Parties will file their next joint status report on or before May 25, 2026.

Respectfully submitted,

|  |  |
|---|---|
| By: *Arno J. Lemus* <br> ARNO J. LEMUS <br> Fla. Bar. No. 0103075 <br> Lemus Law Group, LLC <br> 1024 NW 102 Place <br> Miami, FL 33172 <br> Tel: (786) 583-3311 <br> E-mail: arno@lemus.org <br><br> *Counsel for Petitioners* | JASON A. REDING QUIÑONES <br> UNITED STATES ATTORNEY <br><br> By: *John S. Leinicke* <br> JOHN S. LEINICKE <br> ASSISTANT UNITED STATES ATTORNEY <br> Fla. Bar No. 64927 <br> United States Attorney's Office <br> Southern District of Florida <br> 99 N.E. 4th Street, 3rd Floor <br> Miami, Florida 33132 <br> Tel: (305) 961-9212 <br> E-mail: john.leinicke@usdoj.gov <br><br> *Counsel for Respondents* |