UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-25268-RAR

ARACHELY BADA PANDO, *et al.,*
*individually and on behalf of all others*
*similarly situated*,

      *Plaintiffs,*

v.

MARKWAYNE MULLIN,[1] *et al.*,

      *Defendants.*

_____/

## THIRD JOINT STATUS REPORT

On November 11, 2025, the Court entered an order staying this action "pending resolution of a class certification motion in *Echazabal-Verdecia v. Noem*, No. 25-cv-22335 (S.D. Fla. 2025), or until the record reflects that *Echazabal-Verdecia* is no longer proceeding as a class action." DE 8 at 3. The Court administratively closed this case and directed the parties to file joint status reports regarding the ongoing proceedings in *Echazabal-Verdecia* every 60 days.

The parties previously advised that Judge Becerra sua sponte entered an order staying all proceedings in *Echazabal-Verdecia* pending a decision by the Eleventh Circuit in the consolidated appeals of *Labrada-Hechavarria v. U.S. Att'y Gen.*, No. 23-13664 and *Castillo-Casanova v. U.S. Att'y Gen.*, No. 24-10645. *See* DE 16.

As their third report to the Court, the parties advise that proceedings in *Echazabal-Verdecia* remain stayed and that there has been no further docket activity in the case.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), DHS Secretary Markwayne Mullin is automatically substituted for the former DHS Secretary and named party-defendant, Kristi Noem.

Accordingly, the status of *Echazabal-Verdecia*—and therefore, under this Court's order, the status of this case—remains unchanged.

The parties will file their next joint status report on or before July 13, 2026.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*Arno J. Lemus* _____
Lemus Law Group, LLC
Fla. Bar. No. 0103075
1024 NW 102 Place
Miami, FL 33172
(786) 583-3311
arno@lemus.org

By: *Zakarij Laux* _____
Assistant United States Attorney
Florida Bar No. 93784
99 NE Fourth Street, Fifth Floor
Miami, FL 33132
(305) 961-9053
Zakarij.Laux@usdoj.gov

*Counsel for Petitioners*

*Counsel for Respondents*