UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-25268-RAR

ARACHELY BADA PANDO, *et al., individually and on behalf of all others similarly situated*,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, *et al.*,

*Defendants*.
_________________________________/

**FIFTH JOINT STATUS REPORT**

On November 11, 2025, the Court entered an order staying this action "pending resolution of a class certification motion in *Echazabal-Verdecia v. Noem*, No. 25-cv-22335 (S.D. Fla. 2025), or until the record reflects that *Echazabal-Verdecia* is no longer proceeding as a class action." DE 8 at 3. The Court administratively closed this case and directed the parties to file joint status reports regarding the ongoing proceedings in *Echazabal-Verdecia* every 60 days.

The parties previously advised that Judge Becerra sua sponte entered an order staying all proceedings in *Echazabal-Verdecia* pending decisions by the Eleventh Circuit in the consolidated appeals of *Labrada-Hechavarria v. U.S. Att'y Gen.*, No. 23-13664 and *Castillo-Casanova v. U.S. Att'y Gen.*, No. 24-10645. *See* DE 16.

As their fifth report to this Court, the parties advise that Judge Becerra has scheduled oral argument on the government's motion to dismiss in *Echazabal-Verdecia*, with that hearing currently set to take place on October 8, 2026.

The parties will file their next joint status report on or before November 10, 2026.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*Arno J. Lemus*
Lemus Law Group, LLC
Fla. Bar. No. 0103075
1024 NW 102 Place
Miami, FL 33172
(786) 583-3311
arno@lemus.org

*Counsel for Plaintiffs*

By: *Zakarij Laux*
Assistant United States Attorney
Florida Bar No. 93784
99 NE Fourth Street
Miami, FL 33132
(305) 961-9053
Zakarij.Laux@usdoj.gov

*Counsel for Defendants*