**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-25268-RAR**

ARACHELY BADA PANDO, et al.,

Plaintiffs,

v.

KRISTI NOEM, et al.,

Defendants.
_______________________________________/

**PLAINTIFFS' NOTICE OF**
**PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Pursuant to Local Rule 3.8, the plaintiffs give notice of the following related actions, all of which concern Cuban nationals released on a Form I-220A rather than paroled under 8 U.S.C. § 1182(d)(5)(A). This Notice is filed with the plaintiffs' Motion to Transfer this Case.

**Four actions pending before Judge Becerra.**

1. Bello-Rubio v. U. S. Secretary of the Department of Homeland Security, No. 1:25-cv-23665-JB. Transferred from this Court to Judge Becerra on August 21, 2025. Motion to dismiss denied September 11, 2026. Class certification pending.
2. Echazabal-Verdecia v. Secretary, U. S. Department of Homeland Security, No. 1:25-cv-22335-JB. Class certification fully briefed March 2, 2026, supplemented July 31, 2026, and still pending. Argument on the motion to dismiss set for October 8, 2026.
3. Morejon v. Noem, No. 1:25-cv-22879. Stayed by Judge Williams July 28, 2025. Reopened and transferred to Judge Becerra July 8, 2026.
4. Cabrera Mollinedo v. Secretary, U. S. Department of Homeland Security, No. 1:25-cv-23515-JB. Stayed November 12, 2025.

**Two actions stayed before this Court.**

5. Hernandez Sosa v. Secretary, U. S. Department of Homeland Security, No. 1:25-cv-22776-RAR. Status report filed July 16, 2026.
6. Llanes Acosta v. Noem, No. 1:25-cv-22905-RAR. Status report filed August 25, 2026.

**One action pending before Judge Kuntz.**

7. Moreno-Garrido v. Mullin, No. 1:26-cv-24984-JTK. Prosecuted by the undersigned. Served, with no responsive pleading filed.

**Two actions now closed.**

8. Fernandez Ramos v. Noem, No. 1:25-cv-22674-RKA. Stayed July 29, 2025 and closed November 20, 2025.
9. Oliva-Serrano v. U. S. Department of Homeland Security, No. 1:25-cv-22857-CMA. Stayed July 23, 2025 and dismissed February 9, 2026.

**Relationship Among the Actions**

This Court has already found these actions related. In its Order Staying Case, the Court identified Bello-Rubio and Echazabal-Verdecia by name, together with five other actions in this District, found the plaintiffs here "described nearly identically" to the plaintiffs in those actions, and observed that class certification in Echazabal-Verdecia "would potentially moot Plaintiff's claims here." Order Staying Case, at 1–2 (D.E. 8). The Court stayed this action on that basis. Id., at 3.

The Court reached the same conclusion about Bello-Rubio itself. That action was originally assigned to this Court, which transferred it to Judge Becerra under Internal Operating Procedures 2.15.00 and 2.06.00. Order of Transfer (D.E. 20), Bello-Rubio (Aug. 21, 2025). Judge Williams

has since done the same in Morejon, which she had stayed on the same premise on which this action was stayed. On the plaintiffs' motion and over the government's opposition, she reopened that case and transferred it to Judge Becerra, who accepted the transfer. (D.E. 21, 22), Morejon (July 8, 2026).

As a result, every related action other than this one and Moreno-Garrido is now before Judge Becerra. On September 11, 2026, she ordered the parties in Bello-Rubio to file a memorandum addressing "whether this matter should be consolidated with" Morejon, Echazabal-Verdecia, and Cabrera Mollinedo. Paperless Order (D.E. 67), Bello-Rubio.

Local Rule 3.8 and the Internal Operating Procedures exist to "conserv[e] judicial economy." Vallecillo v. Wall to Wall Residence Repairs, Inc., No. 08-22271-CIV, 2009 WL 837652, at *1 (S.D. Fla. Mar. 27, 2009). Internal Operating Procedure 2.15.00 provides that "the higher-numbered action or proceeding shall be transferred to the Judge assigned to the lower-numbered action." See also S.D. Fla. Internal Operating Procedure 2.06.00. This case is the higher-numbered action as to all four actions before Judge Becerra.

The plaintiffs accordingly submit that this action should be transferred to Judge Becerra so that it may be considered together with the related actions already before her.

Respectfully submitted,

Dated: September 17, 2026

s/ Arno J. Lemus
Arno J. Lemus, III
Fla. Bar No. 0103075
Lemus Law Group, LLC
1024 NW 102 Place
Miami, FL 33172
o. 786.583.3311
arno@lemus.org

Counsel for Plaintiffs

**Certificate of Service**

I certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

s/ Arno J. Lemus
Arno J. Lemus, III