**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-25268-RAR**

ARACHELY BADA PANDO, et al.,

Plaintiffs,

v.

KRISTI NOEM, et al.,

Defendants.
_______________________________________/

**ORDER TRANSFERRING CASE**
**TO JUDGE JACQUELINE BECERRA**

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Transfer this Case (the "Motion"). (D.E. __.) The Court has reviewed the Motion, the Notice of Pending, Refiled, Related or Similar Actions (D.E. __), the record, and the related actions identified in the Court's Order Staying Case (D.E. 8), and is otherwise fully advised.

The Court finds that this action involves subject matter which is a material part of the subject matter of Bello-Rubio v. U. S. Secretary of the Department of Homeland Security, No. 1:25-cv-23665-JB, Echazabal-Verdecia v. Secretary, U. S. Department of Homeland Security, No. 1:25-cv-22335-JB, Cabrera Mollinedo v. Secretary, U. S. Department of Homeland Security, No. 1:25-cv-23515-JB, and Morejon v. Mullin, No. 1:25-cv-22879, each of which is a lower-numbered action pending before Judge Jacqueline Becerra, and that the disposition of this action by a different Judge would entail the unnecessary duplication of judicial labor. See S.D. Fla. Internal Operating Procedures 2.15.00, 2.06.00. Accordingly, it is hereby ORDERED AND ADJUDGED.

1. The Motion (D.E. __) is GRANTED.

2. This case is TRANSFERRED to the docket of United States District Judge Jacqueline Becerra for all further proceedings, effective upon her acceptance below.

3. The stay entered at D.E. 8 remains in effect, and this case remains administratively closed, unless and until modified by the transferee Judge. Nothing in this Order reopens this case or lifts the stay.

4. The Clerk is directed to reassign this case upon acceptance of the transfer, and to note the transfer on the dockets of this case and of Case No. 1:25-cv-23665-JB.

DONE AND ORDERED in Miami, Florida, this ____ day of _____________, 2026.

______________________________
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

The undersigned ACCEPTS the transfer of the above-captioned case.

______________________________
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.