**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25268-RAR**

**ARACHELY BADA PANDO**, *et al.*,

Plaintiffs,

v.

**KRISTI NOEM**, *et al.*,

Defendants.
______________________________________/

**ORDER OF TRANSFER**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Good cause appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, given that this case, **Case No. 1:25-cv-25268-RAR**, is a related case being of the same subject matter and arising out of the same circumstances as those present in **Case No. 1:25-cv-23665-JB**, and subject to the consent of the Honorable Jacqueline Becerra, it is hereby

**ORDERED AND ADJUDGED** that this case is transferred to the calendar of Judge Becerra for all further proceedings. Accordingly, Plaintiffs' Motion to Transfer this Case, [ECF No. 21], is **DENIED as MOOT**.

**DONE AND ORDERED** in Miami, Florida this 21st day of September, 2026.

______________________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-captioned case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all proceedings filed after this date shall bear the following case number, **1:25-cv-25268-JB**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record
Clerk of Court