**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:25-cv-25268-RAR

BADA PANDO et al,
Petitioner,

v.

NOEM et al
Respondents
_______________________________________/

## NOTICE OF AUSA REASSIGNMENT

The undersigned Assistant United States Attorney hereby files this Notice of Reassignment as lead counsel of record for Defendants in this matter. AUSA John Leinicke is no longer assigned to this case.

Dated October 5, 2026,

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *Keyla E. Rodriguez*
ASSISTANT U.S. ATTORNEY
Florida Bar No. 1044352
United States Attorney's Office
99 N.E. 4th Street, Suite 500
Miami, Florida 33132
(305) 798-3849
Keyla.Rodriguez@usdoj.gov